UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | |
| ) | CRIMINAL NO.: 1:04cr00126-EGS |
| Plaintiff,      ) | |
| ) | |
| v.      ) | |
| ) | |
| WILBER VARELA *et al.*,      ) | |
| ) | |
| Defendant.      ) | |

## ENTRY OF APPEARANCE
## (SUBSTITUTION OF GOVERNMENT COUNSEL)

To the Clerk of this Court and all parties of record:

Please enter the appearance of Meredith A. Mills, Trial Attorney with the United States Department of Justice, Criminal Division, Narcotic and Dangerous Drug Section (NDDS), as counsel of record for the United States of America in the above-captioned matter as to all defendants. By this Entry of Appearance, Trial Attorney Mills replaces former NDDS Trial Attorney Robert A. Spelke as government counsel of record.

Date: September 12, 2011

Respectfully submitted,

ARTHUR G. WYATT, Chief
Narcotic and Dangerous Drug Section
Criminal Division
United States Department of Justice

By:     /s/
Meredith A. Mills
Trial Attorney (DC Bar #457843)
Narcotic and Dangerous Drug Section
Criminal Division
United States Department of Justice
1400 New York Avenue, N.W., 8th Floor
Washington, DC 20530
Telephone: (202) 305-8506
Fax: (202) 514-0483
E-mail: Meredith.Mills@usdoj.gov

CERTIFICATE OF SERVICE

    I hereby certify that on the 12th day of September, 2011, I filed the foregoing Notice of Appearance with the Clerk of the Court via the CM/ECF system which will deliver a Notice of Electronic Filing on the various defendants' counsel.

By:     /s/
Meredith A. Mills
Trial Attorney (DC Bar #457843)
Narcotic and Dangerous Drug Section
Criminal Division
United States Department of Justice
1400 New York Avenue, N.W., 8th Floor
Washington, DC 20530
Telephone: (202) 305-8506
Fax: (202) 514-0483
E-mail: Meredith.Mills@usdoj.gov