UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CRIM. NO. 1:04cr126-01, 08, 09 (EGS)[1] |
| ) | |
| WILBER ALIRIO VARELA, ) | |
| a/k/a "Detergente," a/k/a "Jabon," (1)  ) | |
| ) | |
| DANILO ALFONSO GONZALEZ-GIL, ) | |
| a/k/a "Daniela," (8)  ) | |
| ) | |
| JORGE ORLANDO RODRIGUEZ-ACERO, ) | |
| a/k/a "El Mono Ciquenta," (9)  ) | |
| ) | |
| Defendants.   ) | |
| ) | |

## GOVERNMENT'S MOTION TO DISMISS INDICTMENTS WITHOUT PREJUDICE AND TO QUASH ARREST WARRANTS AS TO THE DEFENDANTS

COMES NOW the United States of America, by and through undersigned counsel, and moves to dismiss, without prejudice, the Original and Superseding Indictments and the accompanying criminal forfeiture allegations in the above-captioned matter, as to the three-captioned Defendants *only*, namely: WILBER ALIRIO VARELA, a/k/a "Detergente," a/k/a "Jabon," DANILO ALFONSO GONZALEZ-GIL, a/k/a "Daniela," and JORGE ORLANDO RODRIGUEZ-ACERO, a/k/a "El Mono Ciquenta" (hereinafter "Defendants"). The Government also moves to quash the associated arrest warrants issued relating to these Defendants. In support, the Government states the following:

---

[1] In the March 11, 2004 Original Indictment, Danilo Alfonso Gonzalez-Gil was Defendant #8 and Rodriguez-Acero was Defendant #9. These are the numbers identified on Pacer associated with these Defendants. Gonzalez-Gil was removed from the April 29, 2004 Superseding Indictment, making Rodriguez-Acero Defendant #8 on that Indictment, but Rodriguez-Acero remains Defendant #9 on Pacer.

**BASIS FOR MOTION**

On March 11, 2004, a federal grand jury in Washington, D.C. returned a then-sealed three-count Indictment against the Defendants and seven others charging racketeering, racketeering conspiracy, and conspiracy to distribute five kilograms or more of cocaine intending and knowing it would be imported into the U.S., in violation of 18 U.S.C. § 1962(c) and (d), and 21 U.S.C. §§ 959 and 963. The Indictment was superseded on April 29, 2004 (Gonzalez-Gil was not named in this charging document). The Indictments were the product of a long-term international cocaine trafficking investigation conducted by the U.S. Drug Enforcement Administration and foreign law enforcement agencies in Colombia and elsewhere. At this time, investigators believe all three named Defendants are deceased.

**APPLICABLE LAW AND MOTION TO DISMISS**

Pursuant to Rule 48(a), Federal Rules of Criminal Procedure, the Government may, with leave of the Court, dismiss an Indictment. The District Court should review the motion to dismiss to ensure it is not "clearly contrary to manifest public interest." *Rinaldi v. United States*, 434 U.S. 22, 30 (1977). The prosecutor should provide a statement of reasons and underlying factual basis for the motion to dismiss. *United States v. Ammidown,* 497 F.2d 615, 619-21 (D.C. Cir. 1974). In this district, there is a strong presumption in favor of dismissal without prejudice. *See United States v. Poindexter,* 719 F. Supp. 6, 10 (D.D.C. 1989). Dismissal "without prejudice is not a toothless sanction: it forces the Government to obtain a new indictment if it decides to reprosecute, and it exposes the prosecution to dismissal on statute of limitations grounds." *United States v. Ferguson,* 565 F. Supp. 2d 32, 48 (D.D.C. 2008). In light of the Defendants' status as deceased, the motion to dismiss is not "clearly contrary to manifest public interest."

**WHEREFORE**, the United States respectfully asks the Court to grant the motion and dismiss the Original and Superseding Indictments without prejudice as to the three-captioned Defendants and to quash the associated pending arrest warrants against the referenced Defendants.

                                ARTHUR G. WYATT, Chief
                                Narcotic and Dangerous Drug Section
                                Criminal Division / U.S. Department of Justice

By:     _____/s/_____
                                Meredith A. Mills
                                Trial Attorney (DC Bar #457843)
                                Narcotic and Dangerous Drug Section
                                Criminal Division / U.S. Department of Justice
                                145 N Street, NE (East Wing, Second Floor)
                                Washington, DC 20530
                                Tel: (202) 305-8506 / Fax: (202) 514-0483
                                Meredith.Mills@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that on the 15th day of November 2013, I filed the foregoing GOVERNMENT'S MOTION TO DISMISS INDICTMENTS WITHOUT PREJUDICE AND TO QUASH ARREST WARRANTS AS TO THE DEFENDANTS with the Clerk of the Court via CM/ECF.  The Defendants are deceased and no counsel of record has been identified or retained/appointed as counsel for service of process purposes.

                                      _____/s/_____
                                      Meredith A. Mills
                                      Trial Attorney (DC Bar #457843)
                                      Narcotic and Dangerous Drug Section
                                      Criminal Division
                                      U.S. Department of Justice
                                      145 N Street, NE
                                      East Wing, Second Floor
                                      Washington, DC 20530
                                      Tel: (202) 305-8506 / Fax: (202) 514-0483
                                      Meredith.Mills@usdoj.gov